UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02406-RBD-EJK

HOWARD COHAN,

    Plaintiff,

vs.

OCEAN PARTNER'S ASSOCIATES, LLLP,
a Florida Limited Partnership,
d/b/a COURTYARD BY MARRIOTT

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, OCEAN PARTNER'S ASSOCIATES, LLLP, Florida Limited Partnership, d/b/a COURTYARD BY MARRIOTT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 13, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940

By: **/s/ Jeremy W. Rogers**
JEREMY W. ROGERS
Florida Bar No.: 150551
WARD LAW, LLC
8875 Hidden River Parkway, Suite 300
Tampa, Florida 33637
Tel: (813)558-3387

Facsimile: (561) 491-9459  
Email: greg@sconzolawoffice.com  
Email: perri@sconzolawoffice.com  
Attorney for Plaintiff

Fax: (813)550-0840  
jrogers@thewardlaw.com  
Trial Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                           **/s/ Gregory S. Sconzo**  
                                           **Gregory S. Sconzo, Esq.**